UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>STANLEY BURTON WILLIAMS, II,<br><br>        Defendant. | Case No. 3:24-cr-00027-ART-CSD<br><br>**ORDER GRANTING**<br><br>**UNOPPOSED MOTION TO WITHDRAW MOTION FOR DISTRICT JUDGE REVIEW OF MAGISTRATE JUDGE'S DETENTION ORDER (ECF NO. 24)** |

On October 18, 2024, Mr. Williams filed a motion for district judge review of the magistrate judge's detention order. ECF No. 24.

Mr. Williams has since notified government counsel of his intent to plead guilty pursuant to a plea agreement. One of the terms of that agreement requires that Mr. Williams not request pretrial release or otherwise seek to modify the existing pretrial order of detention.

As a result, Mr. Williams seeks leave to withdraw his motion for review of the detention order.

Undersigned has conferred with counsel for the government, who has no objection to this motion to withdraw Mr. Williams's motion for district judge review of the detention order.

IT IS SO ORDERED.

DATED: November 1, 2024

_____
Anne R. Traum, U.S. District Judge