## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>STANLEY BURTON WILLIAMS, II,<br>  aka Burt Williams<br><br>  Defendant. | No. 3:24-cr-00027-ART-CSD<br><br>**ORDER GRANTING**<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING (FIRST REQUEST)** |

IT IS HEREBY STIPULATED AND AGREED by and through SUE FAHAMI, Acting United States Attorney for the District of Nevada, and ANDOLYN JOHNSON, Assistant United States Attorney, counsel for the United States of America, and SEAN A. MCCLELLAND, Assistant Federal Public Defender, counsel for STANLEY BURTON WILLIAMS, II, that that the Sentencing Hearing in this case currently scheduled for February 18, 2025 at 1:00 p.m. be vacated and continued to **March 3, 2025 at 2:00 p.m.**

The Stipulation to continue is entered into for the following reasons:

1. The additional time requested by this Stipulation is reasonable pursuant to Federal Rule of Criminal Procedure 32(b)(2), which states that the "court may, for good cause, change any time limits prescribed in this rule."
2. Counsel requests this additional time in order to allow adequate time to research sentencing issues and to prepare for the sentencing hearing.
3. Defendant Stanley Burton Williams, II is currently detained and consents to the continuance.

This is the first stipulation to continue filed herein.

DATED this 6th day February, 2025.

| | |
|---|---|
| SUE FAHAMI<br>Acting United States Attorney | RENE L. VALLADARES<br>Federal Public Defender |
| /s/ Andolyn Johnson<br>ANDOLYN JOHNSON<br>Assistant United States Attorney | /s/ Sean A. McClelland<br>SEAN A. MCCLELLAND<br>Assistant Federal Public Defender<br>Counsel for Defendant |

### ORDER

Based on the Stipulation of counsel, and good cause appearing, **IT IS THEREFORE ORDERED** that the Sentencing Hearings in this case currently scheduled for February 18, 2025 at 1:00 p.m. be vacated and continued to **March 3, 2025 at 2:00 p.m.**

DATED this 7th day of February, 2025.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE